LARRY GREENBERG
18535 CALLE VISTA CIRCLE
NORTHRIDGE, CA 91326
818-360-1461
Plaintiff, Pro Se

FILED

DEC 21 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: ROBERT WARREN KESSLER, | Case No. 2:09-BK-42126-ER |
| Debtor, | Chapter 7 |
| LARRY GREENBERG, | Adv. Proc. No. |
| Plaintiff, | **COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT** |
| vs. | |
| ROBERT WARREN KESSLER, | (Hearing date to be set by summons) |
| Defendant. | |

## COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

COMES NOW, LARRY GREENBERG, Plaintiff, Pro Se ("Plaintiff"), for his complaint against the Defendant, ROBERT WARREN KESSLER ("Defendant"), and alleges as follows:

1.      This is a core proceeding over which this court has jurisdiction under Title 28 U.S.C. § 157(b).

2.      Defendant is the debtor in this chapter 7 case which was filed on November 16, 2009, the Deadline to file a complaint for determination of dischargeability is February 16, 2010, so this complaint is timely. Plaintiff is a creditor of defendant by virtue of the following facts:

        a.      On or about July 1, 2008, Defendant verbally represented to Plaintiff that

1

1    he held valid California Contractors License 824273 and based upon that representation Plaintiff

2    entered into a written and oral contract for Defendant to provide contractor services to the

3    residence of Plaintiff located at 18535 Calle Vista Circle, Northridge, CA 91326. A true and

4    correct copy of said July 1, 2008 proposal is attached hereto as Exhibit "1" and incorporated

5    herein by reference.

6            b .      Defendant required that Plaintiff pay an excessive down payment of

7    $10,000.00. At he time Defendant did not disclose to Plaintiff that his California Contractors

8    License was suspended due to a bond payout. Furthermore, Defendant did not disclose to Plaintiff

9    that there was, and still is, a pending complaint against Defendant consisting of eleven California

10    Business and Professions Code violations including charging an excessive down payment.

11    Plaintiff subsequently paid Defendants the sum of $28,530.16 and allowed Defendant to store his

12    personal items at a storage garage owned by Plaintiff rent free at a value of $4,800.00.

13            c.      Employees of Defendant worked at Plaintiff's property without worker's

14    compensation insurance thereby placing Plaintiff in jeopardy.

15            d.      Plaintiff made payment to Defendant with the submission of various

16    checks paid to PACIFIC BUILDERS GROUP OF CALIFORNIA AND HAWAII ("PACIFIC") ,

17    which was a fictitious business name DBA used by Defendant, for which the Fictitious Business

18    Name Statement had expired at all times mentioned herein, with its principal office located in

19    Beverly Hills, California, and to R. L. KESSLER ENTERPRISE, INC., ("KESSLER") a

20    suspended California Corporation with its principal offices located in Beverly Hills, California.

21    A true and correct copy of said checks is attached hereto as Exhibit "2" and incorporated herein

22    by reference.

23            e.      Plaintiff is informed and believes, and upon such information and belief

24    alleges, that there now exists, and at all times mentioned herein there existed a unity of interest,

25    and ownership between PACIFIC, KESSLER, and Defendant such that any individuality and

26    separateness between PACIFIC, KESSLER, and Defendant has ceased, and therefore Defendant

27    is the alter ego of PACIFIC and KESSLER. Specifically, Plaintiff alleges that:

28            1)      The Defendant used PACIFIC and KESSLER for his personal use and

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

caused the assets of PACIFIC and KESSLER to be transferred to him without adequate consideration, and has withdrawn funds from the bank accounts of PACIFIC and KESSLER for his own personal use;

2)    Defendant used and continues to use PACIFIC and KESSLER as a mere shell, instrumentality, and/or conduit from which Defendant has carried on his business as if PACIFIC and KESSLER did/does not exist, exercising control and dominance of PACIFIC and KESSLER to such an extent that any individuality or separateness of PACIFIC and KESSLER has never existed;

3)    PACIFIC and KESSLER are now, and at all times mentioned herein were, controlled, dominated, and operated by Defendant, as his individual business and alter ego, in that the activities and business of PACIFIC and KESSLER were carried out without the required holding of directors' or shareholders meetings, and no records or minutes of any corporate proceedings were maintained;

4)    PACIFIC and KESSLER are now, and at all times mentioned herein were a, mere shell and sham, without capital, assets, stock and/or shareholders. PACIFIC and KESSLER were conceived, intended and used by Defendant as devices to avoid individuality and for the purpose of substituting a financially insolvent corporation in the place of Defendant. PACIFIC and KESSLER are, and at all times mentioned herein were, so inadequately capitalized that, compared with the business to be done, and risks of loss attendant thereon to be taken, by PACIFIC and KESSLER their capitalization was trifling and illusory.

5)    Adherence to the fiction of a separate existence of PACIFIC and KESSLER as an entity, separate and distinct from Defendant would permit an abuse of the corporate privilege and would sanction fraud and promote injustice. Further, Defendant has tacitly admitted as such by the fact that he has listed Plaintiff as a creditor on his bankruptcy petition filed in this case.

f.    From May 21, 2008 to present, Defendant's California State Contractors License No. 824273 has been suspended. A true and correct copy of the January 26, 2009, Certification of Records from the Contractor's State License Board is attached hereto as Exhibit

3

1    "3" and incorporated herein by reference.

2              g.      On or about October 23, 2008, Defendant personally handed Plaintiff a

3    Final Payment Agreement which asserted that all work would be completed by October 31, 2008.

4    A true and correct copy of the Final Payment Agreement is attached hereto as Exhibit "4" and

5    incorporated herein by reference. Subsequent to the payment by Plaintiff the Defendant left the

6    country for over two weeks without notifying Plaintiff and never fully completed the construction

7    project to Plaintiff's satisfaction. Further Defendant was not licensed to perform electrical work

8    and performed substandard electrical work below trade standards for good and workmanlike

9    construction.  Plaintiff subsequently was forced to hire an electrical contractor to correct the

10   substandard work of Defendant because his work was not performed to the City of Los Angeles

11   Building Code specifications.

12       3.      On or about November 30, 2008, Defendant sent Plaintiff an e-mail in which he

13   states that he is aware of his license status, but claims that he is RMO and President of his

14   grandfather's "B" license and company which is current and active and does maintain workman's

15   comp.  A true and correct copy of the November 30, 2008 e-mail is  attached hereto as Exhibit

16   "5" and incorporated herein by reference.  Defendant later verbally admitted to Plaintiff that he is

17   in fact not RMO and President of his grandfather's "B" license and company .

18       4.      This is an adversary proceeding to determine the dischargeability of a debt.

19       5.      Defendant is indebted to Plaintiff in the sum of $33,330.16 on a debt for

20   obtaining money by false pretenses, false representations and actual fraud as follows:

21              a.      On or about July 1, 2008, Defendant verbally represented to Plaintiff that

22   he held valid California Contractors License 824273 and based upon that representation Plaintiff

23   entered into a written and oral contract for Defendant to provide contractor services to the

24   residence of Plaintiff located at 18535 Calle Vista Circle, Northridge, CA 91326.See Exhibit "1".

25   Defendant further made further numerous false statement of material fact to Plaintiff such as he

26   was a competent contractor, he would complete the specified job in a workmanlike manner, and

27   that after being paid a final payment of $5,900.00 on October 23, 2008, that he would finish the

28   job to the agreed specifications.

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

b.       Plaintiff made payment to Defendant with the submission of various checks paid to PACIFIC BUILDERS GROUP OF CALIFORNIA AND HAWAII ("PACIFIC"), a business entity form unknown, with its principal office located in Beverly Hills, California, and to R. L. KESSLER ENTERPRISE, INC., ("KESSLER") a suspended California Corporation with its principal offices located in Beverly Hills, California. See Exhibit "2".

c.       Plaintiff is informed and believes, and upon such information and belief alleges, that there now exists, and at all times mentioned herein there existed a unity of interest, and ownership between PACIFIC, KESSLER, and Defendant such that any individuality and separateness between PACIFIC, KESSLER, and Defendant has ceased. Specifically, Plaintiff alleges that:

1)       The Defendant used PACIFIC and KESSLER for his personal use and caused the assets of PACIFIC and KESSLER to be transferred to him without adequate consideration, and has withdrawn funds from the bank accounts of PACIFIC and KESSLER for his own personal use;

2)       Defendant used and continues to use PACIFIC and KESSLER as a mere shell, instrumentality, and/or conduit from which Defendant has carried on his business as if PACIFIC and KESSLER did/does not exist, exercising control and dominance of PACIFIC and KESSLER to such an extent that any individuality or separateness of PACIFIC and KESSLER has never existed;

3)       PACIFIC and KESSLER are now, and at all times mentioned herein were, controlled, dominated, and operated by Defendant, as his individual business and alter ego, in that the activities and business of PACIFIC and KESSLER were carried out without the required holding of directors' or shareholders meetings, and no records or minutes of any corporate proceedings were maintained;

4)       PACIFIC and KESSLER are now, and at all times mentioned herein were a, mere shell and sham, without capital, assets, stock and/or shareholders. PACIFIC and KESSLER were conceived, intended and used by Defendant as devices to avoid individuality and for the purpose of substituting a financially insolvent corporation in the place of Defendant.

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

1  PACIFIC and KESSLER are, and at all times mentioned herein were, so inadequately capitalized

2  that, compared with the business to be done, and risks of loss attendant thereon to be taken, by

3  PACIFIC and KESSLER their capitalization was trifling and illusory.

4      Adherence to the fiction of a separate existence of PACIFIC and KESSLER as an entity,

5  separate and distinct from Defendant would permit an abuse of the corporate privilege and would

6  sanction fraud and promote injustice. Further, Defendant has tacitly admitted as such by the fact

7  that he has listed Plaintiff as a creditor on his bankruptcy petition filed in this case.

8      d.    From May 21, 2008 to present, Defendant's California State Contractors

9  License No. 824273 has been suspended. See Exhibit "3". California Business and Professions

10  Code Section 7031(b) states that when a license is controverted then the burden is upon the

11  licensee to prove that he is licensed by obtaining from the Contractor's State License Board a

12  certified report and that the customer is not required to produce said document.

13      e.    On or about October 23, 2008, Defendant personally gave Plaintiff a Final

14  Payment Agreement which asserted that all work would be completed by October 31, 2008. A

15  true and correct copy of the Final Payment Agreement is attached hereto as Exhibit "4" and

16  incorporated herein by reference. Said Final Payment Agreement was signed by Robert Kessler

17  personally and states, "Rob agrees to accept a final payment of $5,900.00 for work facilitated up

18  to and through completion of final work". See Exhibit "4".

19      f.    On or about November 30, 2008, Defendant sent Plaintiff an e-mail in

20  which he states that he is aware of his license status, but claims that he is RMO and President of

21  his grandfather's "B" license and company which is current and active and does maintain

22  workman's comp. See Exhibit "5". Defendant later verbally admitted to Plaintiff that he is in fact

23  not RMO and President of his grandfather's "B" license and company .

24      g.    The representations made by Defendant were false. The true facts were that

25  Defendant's contractors license with the Contractors was suspended as of May 21, 2008.

26  Defendant knew that his license was suspended at the time that me made the representations to

27  Plaintiff. Defendant knew at the time that he made representations that they were false.

28  ///

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

1    h.    When Defendant made these representations he knew them to be false and

2  made the representations with the intention to deceive and defraud Plaintiff, and to induce him to

3  act in reliance on the representations.

4    i.    Plaintiff, at the time that the representations were made by Defendant

5  and at the time that Plaintiff took the actions herein alleged was ignorant of the falsity of the

6  representations made by Defendant and believed them to be true. In reliance on the

7  representations, Plaintiff was induced to and did agree to accept the July 1, 2008 proposal of

8  Defendant. Had Plaintiff known the actual facts, he would not have entered into the agreement

9  with Defendant, nor would he have allowed Defendant to continue the work after it was

10  commenced. The reliance of Plaintiff on Defendant's representations was justified because

11  Plaintiff had no way of knowing that the written representations made by Defendant were false,

12  and in the exercise of reasonable diligence could not have discovered that the written

13  representations made by Defendant were false.

14    j.    As a direct and proximate result of the conduct of Defendant in making

15  the intentional and false misrepresentations, Plaintiff has suffered damages in the amount of

16  $33,330.16 plus accrued interest from and after October 23, 2008 at the highest legal rate.

17    6.    The $33,330.16 debt owed by Defendant to Plaintiff is nondischargeable under

18  section 523(a)(2) of the Bankruptcy Code.

19    WHEREFORE, Plaintiff prays as follows:

20    1.    That the Court determine that the debt of $33,330.16 plus accrued interest from

21  and after October 23, 2008 at the highest legal rate is nondischargeable;

22    2.    That Plaintiff have judgment against Defendant for $33,330.16 plus accrued

23  interest from and after October 23, 2008 at the highest legal rate ;

24    3.    That the Court determine that Defendant is the alter ego of PACIFIC and

25  KESSLER, and thus solely liable for the $33,330.16 plus accrued interest from and after October

26  23, 2008 at the highest legal rate ; and

27  ///

28  ///

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

1      4.      That Plaintiff have such other and further relief as is just, including reasonable

2   costs.

3

4   Dated: _12-21-09_ _ _

5                                    LARRY GREENBERG,  Plaintiff, Pro Se
                                     18535 CALLE VISTA CIRCLE
6                                    NORTHRIDGE, CA 91326
                                     818-360-1461

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT

**EXHIBIT "1"**



# CONSTRUCTION PROPOSAL

**Date**
July 1st 2008
**Project Name**
Greenberg Residence
**Project Address**
18535 Calle Vista Cir
Northridge, Ca 9133

Pacific Builders Group
PO Box 3485
Beverly Hills, Ca 90212
310-881-0504ph / 866-612-5331fax

# PROPOSAL

Between the Owner:    **Garry Greenberg**
**18535 Calle Vista cir**
**Northridge Ca 91330**

And the Contractor:    **Pacific Builders Group**
**PO Box 5488**
**Beverly Hills, Ca 90212**

For the Project:    **Greenberg Residence**
**18535 Calle Vista cir**
**Northridge Ca 91330**

## SCOPE OF WORK

1) **Hardscape**
   a) Power wash & acid strip existing concrete and stone areas on sides/pool area/ front of residence
   b) Neutralize with 50-1 ammonia and degrease with super-krete S-12000 HD Degreaser
   c) Flagstone to be sealed with super-krete s-8200 top sealer ( matte formula)
   d) Re-Color existing stamped concrete with IGH-4000 series stains (color TBD)
   e) Seal newly colored concrete with super-krete's 8500 clear matte sealer (or satin finish)
   f) Create dry creek bed at bottom section of hillside for "tro secco", install weed barrier and mix rocks

2) **Irrigation**
   a) Remove and replace existing (2ea) controller systems with Smartline SLM controller
   b) Extended 12 conductor line from "garage controller" to new SLM controller
   c) Clean and blow all existing lines. Replace all screens and filters. Adjust or change existing V.A.N
   d) Tune entire systems specific to zones and planting types
   e) Add drip irrigation to Master bedroom  deck
   f) Install drip system at vegetable garden

3) **Softscape**
   a) Complete pruning, trimming & thatching of front of property
   b) Complete pruning, trimming & thatching of pool area
   c) Complete pruning, trimming & thatching of hillside
   d) Apply vitamins and amendments suitable to each area of property specific to planting type
   e) Divide and create plating areas i.e Fruit's, Vegetable's, Tropical's, Flora, Succulents & Natives
   f) New plants TBD for budgetary reasons
   g) Replant pots with plants appropriate to each condition
   h) Empty all pots and containers. Add 3/4" gravel and soil barrier fill with new potting soils, o ca
   i) Correct elevations at each 15 gallon, plant appropriate to root ball, create basin, place weed barrier
   j) Place top soil (2 yards),Kellogg's 50/50 mix, hand turn into existing soil, aerate with perlite

4) **Utilities**
   a) Clean and services all area drains. Correct elevations to allow optimal flow. Remove excesses soil
   b) Install silt sock on all drains to stop excessive soil from entering area drains. Apply gravel barrier

# PROJECT ALLOWANCES

THIS AGREEMENT, Made as of **July 1**st, in the Year of **2008**.

Between the Owner:    Larry Greenberg
18535 Calle Vista Cir
Northridge, Ca 91336

And the Contractor:    Pacific Builders Group
PO Box 3485
Beverly Hills, a 90212

For the Project:    Greenberg Residence
18535 Calle Vista Cir
Northridge, Ca 91336

## ALLOWANCES INCLUDED:

**Hardscape**

| | |
|---|---|
| A,B 1213sq ft @ $1.75 / Discounted Rate @ $1.00 | $ 1,213.00 |
| C 1213sq ft @ $.85 / Discounted Rate @ $.50 | $ 606.50 |
| D 625sq ft @ $2.00 / Discounted Rate @ $1.10 | $ 687.50 |
| E 625sq ft @ $.85 / Discounted Rate @ $.50 | $ 587.50 |
| F 30 ft @ $110.00 / Discounted Rate @ $75.00 | $ 2,250.00 |

**Irrigation**

| | |
|---|---|
| A,B Unit/Parts/Labor $1989.00 / Discounted Rate  30% | $ 1,392.30 |
| C Parts/Labor $145 per zone 8 zones / Discounted Rate -27% | $ 846.80 |
| D,E,F Parts/Labor cost + 8% Budget @ 1125.00 | $ 1,215.00 |

**Soilscape**

| | |
|---|---|
| A Front of Residence Discounted Rate | $ 645.00 |
| B Pool Area | $ 780.00 |
| C Hillside | $ 1,567.00 |
| D 3 boxes @ cost Grow-Pro/Best Triple Nitra King - Application Labor | $ 312.00 |
| E Labor @  165 per man per day includes state requirements- Budget | $ 1,480.00 |
| F TBD | $ 0,000.00 |
| G,H At cost + 8% charged at $0.50 per pot, not including Plants | $ 303.00 |
| I Based on 15 plants @ 41.80 = @ cost + 8 % | $ 627.00 |
| J Top Soil/Delivery/Labor | $ 1178.00 |

**Utilities**

| | |
|---|---|
| A,B Parts/Labor @ cost | $ 512.00 |

**EXHIBIT "2"**

Date: January 13, 2009                Wells Fargo PhotoCopy                    Page 4 of 8
                                              Request

Reference  1000235760969:1000235767969:1000235732969

---

LARRY R. GREENBERG                                                                    1022
18535 CALLE VISTA CIR
NORTHRIDGE, CA 91326-1927
                                                                        11-4288/1270   0651
                                                    Date   10-18-08   65106282061998

Pay to
the order of          Pacific Builders Group              $ 2161.16

            Two thousand one hundred Sixty one 16/100 Dollars

WELLS
FARGO

Menu

⑈00 &0 2 2⑈⑈  ⑆ 2 &0 & 2 88 2⑈⑈65 &0 2 8 20 6 1 998 ⑈  450   ⑈0000 2 & 6 & & 6⑈

---

BANK OF AMERICA,98 L/K
#122009461 E449% 94  1H
C1 10/20/08
4660065272

For Report only
RE Kessler En/l Inc

---

R/T Number        86519999            Processing Date    20081020
Sequence Number   8826652539          Amount             2161.16
Account Number    65106282061998      Check Number       1022

*Date: January 13, 2009*              *Wells Fargo PhotoCopy*                    *Page 8 of 8*
                                      *Request*

*Reference: 1000235760969;1000235767969,1000235732969*

LARRY S. GREENBERG
18535 CALLE VISTA CIR
NORTHRIDGE, CA 91326-1927                                                              1024

                                                              11-4282/1210  0651
                                                    _Date_  10-23-08  6510628206199R

Pay to
the order of          Pacific Building                    $ 5900.00

        Five thousand nine hundred                        Dollars

WELLS
FARGO

Memo   Balance of Contract

⑆⑆006024⑆⑆  ⑈2104288 2⑆85 ⑆06 28 2061998⑆  460  ⑆0000590000⑆

BANK OF AMERICA, NA LAX
122000661 6586 1 94 33
10/23/08
666078789

RP Posted only
RILLESSLER 2

R/T Number        56549999              *Processing Date*    20081023
Sequence Number   3873717657            *Amount*             5900.00
Account Number    6510628206199%        *Check Number*       1024

Reference: 1000235767969,1000235767969;1000235732969

LARRY H. GREENBERG
18545 CALLE VISTA CIR
NORTHRIDGE, CA 91326-1927

1016

11-4280/1210  0651
6510620206199B

Date  9-22-08

Pay to
the order of  Pacific Builder Group  $ 493.00

Four hundred ninty three  00/100  Dollars

ELF

Memo

⑈00⑈0⑈6⑈ ⑈:⑈2⑈04⑈288⑈2⑈65⑈308⑈28⑈20⑈61998⑈ ⑈60 ⑈000000⑈9300⑈

BANK OF AMERICA,NA LAC
*122000661619169 94 18
        -159  09/26/08

For Deposit only

R/T Number        56519999
Sequence Number   8825046342
Account Number    65106282061998

Processing Date   20080926
Amount            493.00
Check Number      1016

Date: January 13, 2009          Wells Fargo PhotoCopy                    Page 7 of 8
                                        Request

Reference: 1000235760969;1000235767969;1000235732969

LARRY R. GREENBERG                                                    1020
18535 CALLE VISTA CIR
NORTHRIDGE, CA 91326-302

                                                                 11-4258/1210  0651
                                                                 65106282061998

                                                        Date    10-1-08

Pay to
the order of          Aquilla Ballard Jr.                    $ 2625.00

        Two thousand Six hundred Twenty Five      00/100 Dollars

WELLS
FARGO

Memo         Piano                                    [signature]

⑆004020⑆  ⑈121804288⑈ 55105 20 206 1998⑈  460  0000 26 2500⑆

BANK OF AMERICA N.A. LAC
122000625 15/38 93 18
10/31/05

65106277349

0510

4276

427025
122...31

Fri Aug Deposit Only
Register 202

R/T Number          56519999
Sequence Number:    8856034134
Account Number      65106282061998

Processing Date     20081001
Amount              2625.00
Check Number        1020

Date: January

Wells Fargo PhotoCopy
Request!

Page 5 of 8

Item Name: 1000235760969-1000235767969-300023573 2969

LARRY H. GREENBERG
10535 CALLE VISTA DR
NORTHRIDGE, CA 91326-381

7013

11-4288/1210  0651
65106282061998

Date  9-5-08

Pay to
the order of    Gary    Greesley - PACIFIC builders    $ 1036.00

One  Thousand   thirty   Six                         Dollars

Memo    Piquets

⑈00₤013⑈ ⑈⑈₤₤0₤₤ ₤88 ₤0₤6 ₤ ₤08 ₤998⑈ ╱60 ⑈0000₤03600⑈

BANK OF AMERICA NA (SE
⑈₤₤₤₤0₤₤ ₤₤₤8₤₤ ₤
09/05/08

R/T Number            56519999
Sequence Number       8836123488
Account Number        65106282061998

Processing Date    20080905
Amount             1036.00
Check Number       1013

*Date: January 13, 2009*        *Wells Fargo PhotoCopy*                    *Page 1 of 8*
                                       *Request*

*Reference: 1000235760969·1000235767969·1000235732969*

LARRY R. GREENBERG
18535 CALLE VISTA CIR
NORTHRIDGE, CA 91326-1527

1021

11-4288/1210   0651
65106282061998

Date  10-17-08

Pay to
the order of   *Pacific Builders Group*                    $ 1315.00

*One thousand three hundred fifteen*                    Dollars

WELLS FARGO

Memo   *Captains*

⑆00⁣1021⑆ ⑆121042882⑆ 65106282061998⑆ 460 ⑈0000131500⑈

BANK OF AMERICA, NA LAC
#122000661N #6344 94 3B
~10/17/08

64608=4809

For Deposit only
RL Kessler
Enterz

| R/T Number | 56519999 | | |
| Sequence Number | 8821481979 | Processing Date | 20081017 |
| Account Number | 65106282061998 | Amount | 1315.00 |
| | | Check Number | 1021 |

*Date: January 13, 2009*          *Wells Fargo PhotoCopy*                    *Page 2 of 8*
                                           *Request*

*Reference: 1000235760969:1000235767969:1000235732969*

**LARRY R. GREENBERG**
18535 CALLE VISTA CIR
NORTHRIDGE, CA 91326-1927

1015

11-4288/1210  0651
65106282061990

Date  9-22-08

Pay to
the order of   *Pacific Brothers Group*                    $ 3,500.00

*Three thousand five hundred*                               Dollars

WELLS FARGO

BLF

Memo

⑈0010¦5⑈ ⑆¦2¦04288¦⑆65¦06282061998⑈ 460 ⑈0000350000⑈

R/T Number        56519999
Sequence Number   8825046341
Account Number    65106282061998

Processing Date   20080926
Amount            3500.00
Check Number      1015

*Date: January 13, 2009*    *Wells Fargo Photocopy*    *Page 6 of 8*
*Request*

*Reference: 1000235760969;1000235767969;1000235732969*

LARRY D. GREENBERG
18525 CALI EVISTA CIR
NORTHRIDGE CA 91326-5827

1012

Date 8-27-00

Pay to
the order of ___ Pacific Builders Group ___ $ 10,000

___ Ten Thousand Dollars ___ Dollars

Memo

RFT Number        56519999
Sequence Number   8837866588
Account Number    65106282061998

Processing Date   20080828
Amount            10000.00
Check Number      1012

**EXHIBIT "3"**



CONTRACTORS STATE LICENSE BOARD

9821 Business Park Drive, Sacramento, California 95827
Mailing Address, P.O. Box 26000, Sacramento, CA 95826
800-321 CSLB (2752)
www.cslb.ca.gov

STATE OF CALIFORNIA
Arnold Schwarzenegger, Governor

# CERTIFICATION OF RECORDS

I HEREBY CERTIFY under penalty of perjury under the laws of the State of California that I am duly authorized by the Registrar of Contractors, the official custodian of records of the Contractors State License Board, to certify to the contents of said records pursuant to Section 162 of the Business and Professions Code, and Section 1280 and 1284 of the Evidence Code. The following contractor was licensed under the provisions of law administered by said Board as outlined below:

R L Kessler Enterprise Inc
1701 Lincoln Boulevard
Venice, California 90291

License Number: **824273**
License Type: **Corporation**
Issued: **09/15/03**

**Classifications:**
C-27 Landscaping

**Effective:**
Issuance

**Personnel:**
Robert Warren Kessler, RMO

**Effective:**
01/15/06

**History**

| | |
|---|---|
| 01/15/06 | In Effect |
| 08/02/06 | Suspended 7125.2 (Workers Compensation) |
| 11/22/06 | Reinstated |
| 09/30/07 | Expired |
| 12/07/07 | Renewed |
| 03/12/08 | Suspended 7125.2 (Workers Compensation) |
| 04/01/08 | Suspended 7145.5(Outstanding Liability) |
| 04/30/08 | 7125.2 Suspension Lifted |
| 05/21/08 | Suspended 996.340 (Contractors Bond) |
| 09/10/08 | Suspended 7071.11 (Bond Payment of Claim) |
| 01/26/09 | Suspensions Still In Effect |

**Additional Information**

Section references are: Business and Professions Code, Code of Civil Procedure, Welfare and Institution Code.

Citation #2-2007-2976 is pending

This license had a Certificate of Workers' Compensation Insurance in effect 01/15/06; cancelled 06/28/06; suspended 08/02/06.

This license had a Certificate of Workers' Compensation Insurance effective 11/22/06; cancelled 01/17/08; suspended 03/12/08.

This license has an "Exemption from Workers' Compensation" effective 04/30/08, on file.

Page

EXHIBIT C

Contractors Bond #493315 written by Surety Company of the Pacific in the amount of $10,000 was in effect 01/15/06; upgraded to $12,500 effective 01/01/07; cancelled & suspended 05/21/08.

This certificate covers the period 01/15/06 to 01/26/09; however the classification information covers the entire licensing period.

This license is renewed to 09/30/09.

WITNESS MY HAND and seal of said Board this 26th day of January 2009 at Sacramento, California.

SUSAN STIREWALT
CUSTODIAN OF RECORDS

**EXHIBIT "4"**

Rob Kessler <rlkessler@msn.com>
**agreement**
October 23, 2008 3:17:12 PM PDT
<calloremail@aol.com>
1 Attachment, 28.7 KB

final agreement

Store, manage and share up to 5GB with Windows Live SkyDrive. Start uploading now =

# Final Payment Agreement

This document will serve as the final agreement to the project facilitated between Robert Kessler; Pacific Builders Group & homeowner; Larry Greenberg for project located at 18535 Calle Vista Circle, Northridge Ca 91330.

Larry agrees to pay and Rob agrees to accept a final balance and payment of $5900.00 for work facilitated up to and through completion of final scope of work.

Remaining work to be completed is the following

Power Washing and sealing of all stone and concrete work
Color to driveway & sealing
Additional planting in raised planter by pool, kitchen window and by front mail box area
Boulders in front yard
All remaining pots on balcony and pool area
Planter Boxes

All work will be completed by Oct 31 . The only items not included in this agreement is any additional plants as agreed upon, prior to purchase and with Larry's consent.

This final payment releases both parties from liability of financial matters and considers this project paid in full.

Robert Kessler

Larry Greenberg

EXHIBIT D

**EXHIBIT "5"**

"Kessler, Robert" <robert@pacificbuildersgroup.com>

**FW: dispute with the 11/17/08 agreement**

November 30, 2008 7:59:34 PM PST

"calloremail@aol.com" <calloremail@aol.com>

This email states what was just expressed.

**From:** Kessler, Robert
**Sent:** Tuesday, November 25, 2008 4:28 PM
**To:** 'Larry Greenberg'
**Subject:** RE: dispute with the 11/17/08 agreement

I'm aware of my outstanding license position and have given you some info regarding this; but you are not aware of the entire situation. Outside of the information you see, is a lawsuit, that just went into negotiations for settlement, because it is a crap complaint and a underhanded way of not paying a bill. Now this bill, bap is paying up.

I'm the RMO at a to president or my grandfathers "B" license and company, which is current and active and does maintain a workman's comp and uses "contract employee's" for labor.

I don't feel I can trade services for Kestler as this seems to be the root of the problem. No matter what discount I give or what I pay for you always bring up "rent" as if you have been shorted or taken advantage of.

Your current email places 6k to finish the work. This then is 21% valuation of all the work done and completed. You certainly place a high value to this smaller portion of work.

While I was gone, you made the choice to have guys under your direction start throwing things away. Our written agreement was that I m to manage this. Now I have had item thrown away because of the lack of supervision. But it does not effect you, so it is of no concern ...well actually the funny thing is, the bases 4 of the planter boxes.

I'm still stewing about last week so your email set me off. I don't let go of things easy.

It is now apparent this was a stupid idea on my behalf. I will never give someone the kind of discounts I gave you. It buys you nothing and is an idiot business practice. We don't live in that kind of world.

You finish the items I have. I won't be able to give you time line right now because I have to get several jobs straight.

As I previously mentioned I'm leaving tonight and will be back Sat. I will attempt to figure out things while I'm gone.

She is placing a lien on the house. A lien is a doable and easy to remove....it helps to have a attorney lawyer as a utility.

P.S. After what happen last week it is best that you never mention my wife.

FORM B104 (08/07)                                                                                    2007 USBC, Central District of California

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Page 2) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>LARRY GREENBERG 18535 CALLE VISTA CIRCLE<br>NORTHRIDGE, CA 91326 | DEFENDANTS<br>ROBERT WARREN KESSLER 9848 PORTOLA DR.<br>LOS ANGELES, CA 90210 |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>N/A | ATTORNEYS (If Known)<br>N/A |

RECEIVED DEC 21 2009 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY_____ Deputy Clerk

**PARTY** (Check One Box Only)
☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin
☑ Creditor       ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☑ Debtor          ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor       ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT UNDER SECTION 523(a)(2) OF THE BANKRUPTCY CODE.

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false
representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement,
larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
(other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state
court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 33,330.16 |

Other Relief Sought
DETERMINATION THAT DEFENDANT IS THE ALTER EGO OF TWO ENTITIES SPECIFIED IN COMPLAINT.

FORM B104 (08/07), page 2

2007 USBC, Central District of California

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| ROBERT WARREN KESSLER | 2:09-BK-42126-E |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| CENTRAL DISTRICT | LOS ANGELES | ERNEST M. ROBLES |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|
| *Larry Greenberg* |

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 12/21/09 | LARRY GREENBERG |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

LARRY GREENBERG
18535 CALLE VISTA CIRCLE
NORTHRIDGE, CA 91326
818-360-1461

FOR COURT USE ONLY

```
┌──────────────────────────────┐
│   RECEIVED                   │
│   DEC 21 2009                │
│   CLERK U.S. BANKRUPTCY COURT│
│   CENTRAL DISTRICT OF CALIFOR.│
│   BY                         │
│              Deputy Clerk     │
└──────────────────────────────┘
```

Attorney for Plaintiff PRO SE

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:  ROBERT WARREN KESSLER

Debtor.

LARRY GREENBERG

Plaintiff(s).

vs.

ROBERT WARREN KESSLER

Defendant(s).

CHAPTER _7_

CASE NUMBER  2:09-BK-42126-ER

ADVERSARY NUMBER

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

**SUMMONS AND NOTICE OF**
**STATUS CONFERENCE**

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:**          **Time:**          **Courtroom:**          **Floor:**

☒  255 East Temple Street, Los Angeles          ☐  411 West Fourth Street, Santa Ana

☐  21041 Burbank Boulevard, Woodland Hills          ☐  1415 State Street, Santa Barbara

☐  3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____

*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*

**F 7004-1**

PDF processed with CutePDF evaluation edition www.CutePDF.com

Summons and Notice of Status Conference - *Page 2*

**F 7004-1**

| In re ROBERT WARREN KESSLER | (SHORT TITLE) | CASE NO.: 2:09-BK-42126-ER |
|---|---|---|
| | Debtor(s). | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5209 SUNNYSIDE DRIVE
KLAMATH FALLS, OR 97601

A true and correct copy of the foregoing document described as <u>COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT; SUMMONS AND NOTICE OF STATUS CONFERENCE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

ERNEST M. ROBLES
U. S. BANKRUPTCY COURT
255 E. TEMPLE ST., SUITE 1560, LOS ANGELES, CA 90012

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ Date | STAN BURMAN _____ Type Name | _____ Signature |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*

**F 7004-1**

Summons and Notice of Status Conference  - *Page 3*

**F 7004-1**

| In re<br>ROBERT WARREN KESSLER | (SHORT TITLE)<br><br>Debtor(s). | CASE NO.: 2:09-BK-42126-ER |
|---|---|---|

ADDITIONAL SERVICE INFORMATION (if needed):

ROBERT WARREN KESSLER
9848 PORTOLA DR.
LOS ANGELES, CA 90210

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*

**F 7004-1**