In re: ROBERT WARREN KESSLER

Debtor(s).

CHAPTER: 7

CASE NUMBER:

**FILED**

JAN 11 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT  *AD 09 - 03426 - ER*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5209 SUNNYSIDE DRIVE, KLAMATH FALLS, OR 97601

A true and correct copy of the foregoing document described as SEE BELOW _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
SUMMONS AND NOTICE OF STATUS CONFERENCE; COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT; SCHEDULING ORDER RE: STATUS CONFERENCE; ORDER RE: COURTROOM PROCEDURES

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 1/6/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
ROBERT WARREN KESSLER
28 GREGLAWN DRIVE
CLIFTON, NJ 07013

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/10 | STAN BURMAN | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                F 9013-3.1

PDF processed with CutePDF evaluation edition www.CutePDF.com

| Irrte: ROBERT WARREN KESSLER | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: LA 09-42126 ER |

## ADDITIONAL SERVICE INFORMATION (if needed):

ERNEST M. ROBLES
U. S. BANKRUPTCY COURT
255 E. TEMPLE ST., SUITE 1560, LOS ANGELES, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**