Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

LARRY GREENBERG
18535 CALLE VISTA CIRCLE
NORTHRIDGE, CA 91326
818-360-1461

FOR COURT USE ONLY

**FILED**
FEB 16 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

*Attorney for* PLAINTIFF, PRO SE

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

ROBERT WARREN KESSLER

Debtor(s).

LARRY GREENBERG

Plaintiff(s),

vs.

ROBERT WARREN KESSLER

Defendant(s).

CHAPTER: 7

CASE NO.: 2:09-BK-42126-ER

ADVERSARY NO.: 2:09-ap-03426-ER

(No Hearing Required)

## MOTION FOR DEFAULT JUDGMENT
## UNDER LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant(s) against whom default judgment is sought *(Name)*:
   ROBERT WARREN KESSLER

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 12/21/09

3. The Summons and Complaint were served on Defendant by  ☐ Personal Service  ☒ Mail Service
   on the following date *(specify date)*: 1/6/10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 2/4/10

6. No Answer or other response has been filed or served by Defendant.

7. The default of Defendant:
   a. ☒ Has not yet been entered, but is hereby requested
   b. ☐ Was entered on *(specify date)*:

8. **A Status Conference:**
   a. ☒ Is scheduled for *(specify date, time, and place)*: 3/18/10
   b. ☐ Was held on *(specify date, time, and place)*:

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7055-1.2**

PDF processed with CutePDF evaluation edition www.CutePDF.com

Motion for Default Judgment under Local Bankruptcy Rule 7055-1 - *Page 2*    **F 7055-1.2**

In re    CHAPTER: 7
ROBERT WARREN KESSLER

Debtor(s).    CASE NO.: 2:09-BK-42126-ER

9. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff:
   a. ☐ Relies on the Complaint and documents attached thereto.
   b. ☒ Attaches the following documents to establish a prima facie case:
      (1) ☒ Declaration of *(specify)*: LARRY GREENBERG
      (2) ☐ Declaration of *(specify)*:
      (3) ☐ Other *(specify)*:

10. As further support for entry of a Default Judgment, Plaintiff submits a Memorandum of Points and Authorities *(Optional)*.

11. **DECLARATION OF NON-MILITARY STATUS:** No defendant named in Paragraph 1 above is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (Pub. L. 108-189) (50 U.S. Code App. §§ 501-594). The undersigned declares under penalty of perjury that this statement of defendant's non-military status is true and correct and is made under penalty of perjury under the laws of the United States of America based upon the undersigned's review of said Defendant's Statement of Affairs and Statement of Income and Expenditures filed in this case and is based upon the undersigned's lack of any information or belief that there has been any change of circumstances as to defendant's non-military status.

12. Defaulting party is not an infant or incompetent party.

WHEREFORE, Plaintiff prays that this Court enter a Default Judgment in favor of Plaintiff. A Copy of the proposed Default Judgment is submitted herewith and has been served.

Dated:    Respectfully submitted,

Firm Name

By: *[signature]*

Name: LARRY GREENBERG
*Attorney for Plaintiff or Plaintiff*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7055-1.2**